NUMBER 13-00-465-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


SKIP BOWEN, INDIVIDUALLY AND 

CHASE EXPRESS, INC., D/B/A KISER RIDES
, Appellants,


v.



ED BURLINGAME AND BETTY BURLINGAME, 

INDIVIDUALLY D/B/A PRIDE OF TEXAS SHOWS
, Appellees.

____________________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Seerden, and Justices Hinojosa and

Chavez

Opinion Per Curiam



 Appellants, SKIP BOWEN, INDIVIDUALLY AND CHASE EXPRESS,
INC., D/B/A KISER RIDES, perfected an appeal from a judgment entered
by the 156th District Court of Bee County, Texas, in cause number B-99-1399-0-CV-B. The clerk's record was due on July 12, 2000. On
August 10, 2000, the district clerk notified this Court that the clerk's
record had not been filed because appellant had failed to pay or make
arrangements to pay the clerk's fee for preparing the clerk's record. On
August 14, 2000, notice was given to appellant, pursuant to Tex. R.
App. P. 37.3(b), that, unless this defect was cured, the appeal would be
dismissed for want of prosecution. To date, neither the clerk's record
nor a response to this Court's notice has been received.

 The Court, having examined and fully considered the documents
on file, appellant's failure to pay or make arrangements to pay the
clerk's fee for preparing the clerk's record, and appellant's failure to
respond to the Court's notice, is of the opinion that the appeal should
be dismissed for want of prosecution. The appeal is hereby DISMISSED
FOR WANT OF PROSECUTION. 

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 9th day of November, 2000